No. 85–1395.   NATIONAL STEEL CORP. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 85–1396.   ROYSTER *v.* BOARD OF TRUSTEES OF ANDERSON COUNTY SCHOOL DISTRICT NO. 5 ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1402.   CITY OF CORONA ET AL. *v.* SUPERIOR COURT OF CALIFORNIA FOR RIVERSIDE COUNTY (EBEL ET AL., REAL PARTIES IN INTEREST).   Sup. Ct. Cal.   Certiorari denied.

No. 85–1408.   LOCAL 710, INTERNATIONAL BROTHERHOOD OF TEAMSTERS *v.* MCGINNIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–1419.   NAEGELE OUTDOOR ADVERTISING COMPANY OF LOUISVILLE, A DIVISION OF NAEGELE, INC. *v.* MOULTON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–1420.   DIXON *v.* CITY OF WINSTON-SALEM, NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1421.   TERRAIN ENTERPRISES, INC. *v.* WESTERN CASUALTY & SURETY CO.   C. A. 5th Cir.   Certiorari denied.

No. 85–1422.   SHERMAN TREATERS LTD. *v.* AHLBRANDT.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1424.   BARGE OCEAN STATES *v.* AMOCO OIL CO. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–1426.   COAKLEY & WILLIAMS, INC. *v.* SHATTERPROOF GLASS CORP.   C. A. 4th Cir.   Certiorari denied.

No. 85–1427.   PEEPLES *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.